UNITED STATES of America, Plaintiff–Appellee

v.

Ignacio Engunzo LOPEZ, Defendant–Appellant

No. 15–41331
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 09/13/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Ignacio Engunzo Lopez, Pro Se.

Before HIGGINBOTHAM, PRADO and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Ignacio Engunzo Lopez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lopez has filed a response in which he moves for leave to proceed pro se on appeal. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Lopez's response. We concur with

---

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. The motion to proceed pro se on appeal is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir. 1998).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under